■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN D. RUCKDESCHEL, Respondent, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Appellant. — Appeal unanimously dismissed as moot (see *People ex rel. Wilder v Markley,* 26 NY2d 648). (Appeal from judgment of Supreme Court, Wyoming County, Wolf, J. — habeas corpus.) Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.

■ In the Matter of PENFIELD MECHANICAL CONTRACTORS, INC., Respondent, v LILLIAN ROBERTS, Individually and as Commissioner of the New York State Department of Labor, et al., Appellants. — Judgment unanimously affirmed, with costs (see *Matter of Erie County Ind. Dev. Agency v Roberts,* 94 AD2d 532). (Appeal from judgment of Supreme Court, Monroe County, Corning, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ. [119 Misc 2d 105.]

■ BENJAMIN J. HAGGQUIST, Respondent v RALPH C. WICKER, Individually and Doing Business as WICKER ENTERPRISES, Appellant, et al., Defendants. — Appeal unanimously dismissed, with costs. Memorandum: The order was based upon appellant's consent and is, therefore, not appealable (see 10 Carmody-Wait 2d, NY Prac, § 70:24). (Appeal from order of Supreme Court, Monroe County, Patlow, J. — contempt.) Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.

■ CHERYLE EISCHEN, Appellant, v CROUSE-IRVING MEMORIAL HOSPITAL, Defendant, and THOMAS E. SNYDER, Respondent. — Order unanimously reversed, with costs, and motion denied. Memorandum: In this medical malpractice action, Special Term erroneously granted summary judgment to defendant Snyder. The medical affidavit submitted by plaintiff in response to the motion created a factual issue which may not summarily be resolved. (Appeal from order of Supreme Court, Onondaga County, Tenney, J. — summary judgment.) Present — Dillon, P. J., Callahan, Doerr, Denman and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GORDON LINDENMUTH, Appellant. — Judgment unanimously affirmed (see *People v Levin,* 57 NY2d 1008.) (Appeal from judgment of Monroe County Court, Celli, J. — criminal solicitation, third degree.) Present — Hancock, Jr., J. P., Doerr, Green, O'Donnell and Moule, JJ.